IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00512–EWN–MJW

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

KATHY R. KING, and
KATHERINE H. ALLEN, and any or all other occupants
claiming an interest under Defendants,

    Defendants.

---

## ORDER

---

This matter is before the court on Plaintiff's motion to remand the case to state court (#8).

Defendants have not responded in the two months that the motion has been pending. The court,

having reviewed the motion, finds and concludes that the case was not timely removed within

thirty days of their receipt of a pleading from which it is ascertainable that federal jurisdiction is

improper. Accordingly, it is

    **ORDERED** that the case be remanded to the Arapahoe County, Colorado, District Court.

    It is also **ORDERED** that the Hearing set for May 13, 2008 before Magistrate Judge

Watanabe is VACATED.

Dated this 1st day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge